IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD C. HVIZDAK,<br>    Plaintiff,<br><br>v.<br><br>CITIZENS BANK OF PENNSYLVANIA,<br>RBS CITIZENS, NA, CITIZENS<br>FINANCIAL GROUP, NAS, ROYAL<br>BANK OF SCOTLAND, SENIOR V.P.<br>KAREN D. BUDNIAK, RICHARD J.<br>BOUDREAU & ASSOCIATES, LLC,<br>UNIVERSAL FIDELITY LP, and<br>MERCANTILE ADJUSTMENT BUREAU<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 14-406<br><br>Magistrate Judge Robert C. Mitchell/<br>District Judge Maurice B. Cohill |

## **ORDER**

AND NOW, this **3d** day of February, 2015, based upon the foregoing Stipulation of Dismissal [ECF No. 54], the action against Defendant Mercantile Adjustment Bureau is DISMISSED WITH PREJUDICE.

*/s/ Maurice B. Cohill, Jr.*
The Honorable Maurice B. Cohill
United States District Judge