IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD C. HVIZDAK,<br>    Plaintiff,<br><br>v.<br><br>CITIZENS BANK OF PENNSYLVANIA,<br>RBS CITIZENS, NA, CITIZENS<br>FINANCIAL GROUP, NAS, ROYAL<br>BANK OF SCOTLAND, SENIOR V.P.<br>KAREN D. BUDNIAK, RICHARD J.<br>BOUDREAU & ASSOCIATES, LLC,<br>UNIVERSAL FIDELITY LP, and<br>MERCANTILE ADJUSTMENT BUREAU<br><br>    Defendants. | Civil Action No. 14-406<br><br>Magistrate Judge Robert C. Mitchell/<br>District Judge Maurice B. Cohill |

**O R D E R**

AND NOW, this 3rd day of March, 2015, based upon the foregoing Motion for Voluntary Dismissal, styled as a Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41 [ECF No. 57], the action against Defendant Universal Fidelity LP is DISMISSED WITH PREJUDICE.

Based on the foregoing, IT IS FURTHER ORDERED that Defendant Universal Fidelity LP's Motion to Dismiss [ECF No. 44] is dismissed as moot.

    s/*Maurice B. Cohill, Jr.*
The Honorable Maurice B. Cohill
United States District Judge

cc:

**RICHARD C. HVIZDAK**
110 South Main St.
Pittsburgh, PA 15220

All attorneys of record *via CM/ECF electronic filing*