# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA

RICHARD C. HVIZDAK,
        Plaintiff,

           **NOTICE OF SETTLEMENT**
    v.          **CONFERENCE**

CITIZENS BANK OF
PENNSYLVANIA, *et al*.,        Civil Action No: 14-406
        Defendants.

---

☒  **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| | |
|---|---|
| PLACE | ROOM NO. |
| United States Courthouse | **Suite 9240, 9th Floor** |
| 700 Grant Street | |
| Pittsburgh, PA  15219 | DATE AND TIME: |
| | **April 13, 2015 at 10:00 AM** |

---

**TYPE OF PROCEEDING:**

## SETTLEMENT CONFERENCE

ALL PARTIES/PRINCIPALS MUST BE PRESENT FOR THE SETTLEMENT CONFERENCE AND HAVE FULL SETTLEMENT AUTHORITY.

EACH PARTY IS TO SUBMIT A CONFIDENTIAL STATEMENT OF POSITION RELATIVE TO SETTLEMENT.  STATEMENTS ARE DUE BY **April 6, 2015** AND MAY BE FAXED TO (412) 208-7477 OR EMAILED TO Amanda_Thomas@pawd.uscourts.gov.

---

        s/Robert C. Mitchell
        UNITED STATES MAGISTRATE JUDGE

**DATE: March 23, 2015**        By:  Amanda J. Thomas
        Law Clerk