IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD C. HVIZDAK, )<br>       Plaintiff, )<br>                                       )<br>                                       )<br>v.                                 )<br>                                       )<br>CITIZENS BANK OF PENNSYLVANIA, )<br>RBS CITIZENS, NA, CITIZENS )<br>FINANCIAL GROUP, NAS, ROYAL )<br>BANK OF SCOTLAND, SENIOR V.P. )<br>KAREN D. BUDNIAK, RICHARD J. )<br>BOUDREAU & ASSOCIATES, LLC, )<br>       Defendants. ) | Civil Action No. 14-406<br><br>Magistrate Judge Robert C. Mitchell/<br>District Judge Maurice B. Cohill |

## ORDER

AND NOW, this 1st day of April, 2015, based upon the foregoing Motion for Voluntary Dismissal, styled as a Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41 [ECF No. 60], the action against Defendant Richard J. Boudreau and Associates, LLC is DISMISSED WITH PREJUDICE.

Based on the foregoing, IT IS FURTHER ORDERED that Defendant Richard J. Boudreau and Associates, LLC's Motion to Dismiss [ECF No. 42] is dismissed as moot.

*Maurice B. Cohill, jr.*
The Honorable Maurice B. Cohill
United States District Judge

cc:

**RICHARD C. HVIZDAK**
110 South Main St.
Pittsburgh, PA 15220

All attorneys of record *via CM/ECF electronic filing*

1