IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD C. HVIZDAK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CITIZENS BANK OF PENNSYLVANIA; RBS CITIZENS, NA; RBS CITIZENS FINANCIAL GROUP, INC.; ROYAL BANK OF SCOTLAND PLC; SENIOR V.P. KAREN D. BUDNIAK; RICHARD J. BOUDREAU & ASSOCIATES, LLC; UNIVERSAL FIDELITY LP; and MERCANTILE ADJUSTMENT BUREAU, | ) Civil Action No. 14-cv-406 (MBC) |
| | ) |
| Defendants. | ) |

**SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(b)(2) and Local Civil Rule 7.1 of the Western District of Pennsylvania, the undersigned counsel for defendants Citizens Bank of Pennsylvania; Citizens Bank, N.A., f/k/a RBS Citizens, N.A.; Citizens Financial Group, Inc., f/k/a RBS Citizens Financial Group, Inc.; and The Royal Bank of Scotland plc submit this supplemental corporate disclosure statement, which replaces the corporate disclosure statement previously filed in the above captioned action. The undersigned counsel certifies that:

1. Citizens Bank of Pennsylvania is a wholly owned subsidiary of Citizens Financial Group, Inc., f/k/a RBS Citizens Financial Group, Inc.

2. Citizens Bank, N.A. f/k/a RBS Citizens, N.A. is a wholly owned subsidiary of Citizens Financial Group, Inc., f/k/a RBS Citizens Financial Group, Inc.

3.	Citizens Financial Group, Inc., f/k/a RBS Citizens Financial Group, Inc., is a public company organized under the laws of Delaware and as of April 7, 2015, 41.91% owned by RBSG International Holdings Limited.  RBSG International Holdings Limited is a wholly owned subsidiary of The Royal Bank of Scotland plc.

4.	The Royal Bank of Scotland plc is a wholly owned subsidiary of The Royal Bank of Scotland Group plc ("RBS Group").  RBS Group is a public limited company organized under the laws of the United Kingdom.  No publicly held entity owns more than ten percent of the shares of RBS Group.

Dated: April 30, 2015

Respectfully submitted,

*/s/ Robert J. Hannen*
Robert J. Hannen
PA I.D. No. 63432
Eckert Seamans Cherin & Mellott, LLC
600 Grant Street , 44th Floor
Pittsburgh, PA 15219
Direct (412) 566.5911
rhannen@eckertseamans.com

*Attorneys for Defendants Citizens Bank of Pennsylvania, Citizens Bank, N.A., Citizens Financial Group, Inc., The Royal Bank of Scotland Group plc, and Karen D. Budniak*

**CERTIFICATE OF SERVICE**

     I, Robert J. Hannen, certify that the above Supplemental Corporate Disclosure Statement has been filed with the clerk for the United States District Court for the Western District of Pennsylvania, using the Electronic Case Filing ("ECF") system of the Court, and has been served upon the parties via the methods specified below:

**Via Federal Express**
Richard C. Hvizdak
110 South Main Street
Pittsburgh, PA 15220

                                                             */s/ Robert J. Hannen*
                                                             Robert. J. Hannen