## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD C. HVIZDAK,<br>    Plaintiff,<br><br>    v.<br><br>CITIZENS BANK OF PENNSYLVANIA,<br>RBS CITIZENS, NA, CITIZENS<br>FINANCIAL GROUP, NAS, ROYAL<br>BANK OF SCOTLAND, SENIOR V.P.<br>KAREN D. BUDNIAK,<br>    Defendants. | Civil Action No. 14-406<br><br>Magistrate Judge Robert C. Mitchell/<br>District Judge Maurice B. Cohill |

### HEARING ON SETTLEMENT CONFERENCE

Before: MAGISTRATE JUDGE ROBERT C. MITCHELL

| | |
|---|---|
| Appearing for Plaintiff: | Richard C. Hvizdak, *pro se* |
| Appearing for Defendant: | Robert J. Hannen, Esquire<br>Cheryl Schacht, Esquire |
| Conference begun: | 5/7/2015 at 9:28 a.m. |
| Conference concluded: | 9:47 a.m. |
| Stenographer: | none |

### OUTCOME

1. Settlement has not been reached.