IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD C. HVIZDAK,<br>    Plaintiff,<br><br>        v.<br><br>CITIZENS BANK OF PENNSYLVANIA,<br>RBS CITIZENS, NA, CITIZENS<br>FINANCIAL GROUP, NAS, ROYAL<br>BANK OF SCOTLAND, SENIOR V.P.<br>KAREN D. BUDNIAK,<br>    Defendants. | Civil Action No. 14-406<br><br>Magistrate Judge Robert C. Mitchell/<br>District Judge Maurice B. Cohill |

## ORDER

AND NOW, this __15th__ day of July, 2015, it is HEREBY ORDERED, ADJUDGED, and DECREED that Defendants' Motion for Reconsideration (ECF No. 80) be and hereby is GRANTED to the extent that Defendants' seek review of our Order remanding this case.

IT IS FURTHER ORDERED that Plaintiff shall file a Response to Defendants' Motion Reconsideration by July 22, 2015.  Defendants' Reply, if any, is due by July 27, 2015.

IT IS FURTHER ORDERED that the Court's Opinion & Order (ECF No. 78) and the Clerk of Court's Letter (ECF No. 79) are hereby RECALLED.  This Court's Order Remanding this case to the Court of Common Pleas of Allegheny County forthwith pursuant to 28 U.S.C. § 1447(c) is hereby STAYED pending resolution of Defendants' Motion for Reconsideration.

By the Court,

*Maurice B. Cohill, Jr.*
The Honorable Maurice B. Cohill
United States Senior District Judge