IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD C. HVIZDAK, ) | |
|    Plaintiff, ) | |
| ) | Civil Action No. 14-406 |
| v. ) | |
| ) | District Judge Maurice B. Cohill, Jr. |
| CITIZENS BANK OF PENNSYLVANIA, ) | Magistrate Judge Robert C. Mitchell |
| et al., ) | |
|    Defendants. ) | |

### ORDER

Presently before the Court is Plaintiff Richard C. Hvizdak's Motion to Alter or Amend the Judgment of the August 6, 2015 Order. ECF No. 85. The motion does not point to the availability of new evidence not previously available, cites no change in controlling law, and does not state a meritorious "clear error of law" in need of correction. Mr. Hvizdak reasserts the same arguments and points to the same evidence already presented to this court in his previous legal memoranda and related documentary evidence. We will therefore deny Mr. Hvizdak's motion. If he disagrees with our decision or otherwise believes we have made a mistake his recourse is to file an appeal to the United States Court of Appeals for the Third Circuit, who will decide if this Court is right or wrong. We also suggest that if Mr. Hvizdak decides to file an appeal, he not suggest that the law clerks of the judges of the Third Circuit Court of Appeals constitute a "phalanx of eunuchs."

AND NOW this __12th__ day of August 2015, it is hereby ORDERED, ADJUDGED, and DECREED that Richard C. Hvizdak's Motion to Alter or Amend the Judgment of the August 6, 2015 Order. [ECF No. 85] be and hereby is DENIED.

_Maurice B. Cohill W._
The Honorable Maurice B. Cohill, Jr.
Senior United States District Judge

1

cc:   The Honorable Robert C. Mitchell
      United States District Court
      Western District of Pennsylvania

      Richard C. Hvizdak, *pro se*
      110 South Main St.
      Pittsburgh, PA 15220

      *Counsel for Defendant*
      Robert J. Hannen, Esquire
      Eckert Seamans Cherin & Mellott, LLC
      US Steel Tower
      600 Grant Street, 44th Floor
      Pittsburgh, PA 15219-2788