IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD C. HVIZDAK,<br>    Plaintiff,<br><br>v.<br><br>CITIZENS BANK OF PENNSYLVANIA,<br>et al.,<br>    Defendants. | Civil Action No. 14-406<br><br>District Judge Maurice B. Cohill, Jr.<br>Magistrate Judge Robert C. Mitchell |

**ORDER**

AND NOW this 8th day of September, 2015, it is hereby ORDERED, ADJUDGED, and DECREED that Richard C. Hvizdak's Motion to Alter or Amend the Judgment of the August [18], 2015 Order. [ECF No. 87] be and hereby is DENIED.

_____
The Honorable Maurice B. Cohill, Jr.
Senior United States District Judge

cc: The Honorable Robert C. Mitchell
United States District Court
Western District of Pennsylvania

Richard C. Hvizdak, *pro se*
110 South Main St.
Pittsburgh, PA 15220

*Counsel for Defendant*
Robert J. Hannen, Esquire
Eckert Seamans Cherin & Mellott, LLC
US Steel Tower
600 Grant Street, 44th Floor
Pittsburgh, PA 15219-2788